DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSHUA FENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-0086 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE |
| ) | TRIAL CONFIRMATION HEARING AND |
| v. ) | TRIAL DATE AND CONTINUE FOR |
| ) | STATUS/CHANGE OF PLEA HEARING |
| JOSHUA FENDER ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

     This case is currently scheduled for a trial confirmation hearing on May 2, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to review discovery, conduct investigation and to reach a possible disposition in the case.

     The parties, through their respective counsel, hereby stipulate and agree that the trial confirmation hearing and trial date currently scheduled for May 2, 2006, and May 16, 2006, respectively, be vacated and that instead a status conference or change of plea hearing should be held on May 16, 2006. In addition, the parties stipulate that the time period from today, April 17, 2006 until May 16, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery, conduct investigation, explore potential disposition and prepare for motions and trial.

     If there is to be a change of plea on May 16, 2006, the parties will submit to the Court the proposed

1

plea agreement and other relevant documentation in advance of the hearing.

      A proposed order is attached and lodged separately for the court's convenience.

DATED: April 17, 2006

               Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ Matthew Segal | /s/ Lexi Negin |
| MATTHEW SEGAL | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for JOSHUA FENDER |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA FENDER<br><br>  Defendant. | No. CR-06-0086 (LKK)<br><br>ORDER VACATING TRIAL CONFIRMATION HEARING AND TRIAL DATE, SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on April 17, 2006, IT IS HEREBY ORDERED that the trial confirmation hearing and the trial date of May 2, 2006, and May 16, 2006, be vacated and that a status conference or change of plea hearing be held on May 16, 2006, at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 17, 2006, stipulation, the time under the Speedy Trial Act is excluded from April 17, 2006, through May 16, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 18, 2006              /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    UNITED STATES DISTRICT JUDGE

2