DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA FENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-086 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | JUDGE: Lawrence K. Karlton |
| JOSHUA FENDER, ) | |
| Defendants. ) | |

This matter came on for Status Conference on May 16, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Matthew Segal appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Joshua Fender, who was present and in custody.

Defense counsel requested additional time for investigation, review of discovery and to negotiate a possible resolution of the case with the government. A further status conference date of May 31, 2006, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 16, 2006, up until and including May 31, 2006.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to May 31, 2006, at 9:30 a.m. for Status

Order After Hearing

1 Conference.

2     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

3 (iv) and Local Code T4, the period from May 16, 2006, up to and including May 31, 2006, is excluded

4 from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

6 Dated: May 26, 2006

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT