Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Joshua FENDER |
| **Docket Number:** | 2:06CR00086-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/14/2006 |
| **Original Offense:** | 18 USC 1344 - Bank Fraud (Count 1)<br>(CLASS B FELONY)<br>18 USC 1708 - Possession of Stolen Mail (Count 7)<br>(CLASS D FELONY) |
| **Original Sentence:** | 33 months Bureau of Prisons on each of Counts 1 and 7, to be served concurrently for a total term of 33 months; 60 months supervised release on Count 1, and 36 months supervised release on Count 7, to be served concurrently for a total term of 60 months; $1,137.19 restitution; $200 special assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; Correctional treatment; Drug testing; Co-payment plan; Submit to the collection of DNA |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 07/17/2008 |
| **Assistant U.S. Attorney:** | Matthew D. Segal   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Alexandra P. Negin   **Telephone:** (916) 487-5700 |
| **Other Court Action:** | None |

**RE:    Joshua FENDER**
       **Docket Number:  2:06CR00086-01**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall participate in and complete the Center for Corrections Alternative Programs (CCAP) for ninety (90) days, to commence as directed by the probation officer, including 24 hours of community service. The defendant shall pay costs as determined by the program administrator up to a maximum of $25 per day. The defendant shall follow the rules and regulations of the CCAP.

> While placed in the CCAP, the defendant shall comply with the conditions of home detention. The defendant will remain at his place of residence, except for employment, the CCAP, and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

**Justification:**    On July 29, 2008, the offender reported to the probation office and admitted ingesting a half of gram of methamphetamine approximately two days ago. The offender indicated he "slipped and fell" and requested assistance.

The offender has a lengthy history of substance abuse and has been in out of custody due to his inability to refrain from illegal drug use. Initially, the offender was offered placement in a residential treatment program. It was felt that due to his long history of drug abuse, an intensive drug program would best address the offender's need. However, the offender expressed his desire to remain at home to help his wife care for their two young children. It was suggested the Center for Corrections Alternative Programs (CCAP) would be an appropriate alternative. CCAP will provide the offender with correctional treatment as well as assist with other issues such as employment. Further, CCAP will provide the offender structure and accountability.

**RE:   Joshua FENDER**
    **Docket Number:  2:06CR00086-01**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, it is recommended the offender's conditions of supervision be modified to include participation in CCAP.  The offender has agreed to the modification and a signed waiver is on file.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**
Telephone:  (916) 930-4305

**DATED:**     July 30, 2008
            Sacramento, California
            KMM:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
            **KYRIACOS M. SIMONIDIS**
            **Supervising United States Probation Officer**

RE: Joshua FENDER
Docket Number: 2:06CR00086-01
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**THE COURT ORDERS:**

( ✔ )  Modification approved as recommended.

(  )  Modification not approved at this time.  Probation Officer to contact Court.

(  )  Other:

August 4, 2008
**Date**                                              **Signature of Judicial Officer**

cc:   United States Probation
      Matthew D. Segal, Assistant United States Attorney
      Alexandra P. Negin, Assistant Federal Defender
      Defendant
      Court File