```
                                              FILED
                                              October 7, 2008
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | Case No. 2:06-CR-0086 |
| Plaintiff,     ) | |
| v.     ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSHUA FENDER,     ) | |
| ) | |
| Defendant.     ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA FENDER__ , Case No. __2:06-CR-0086__ , Charge __18:3147 Offense committed while on release__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     __Defendant is released on all conditions previously imposed with added conditions__ *Released to Probation Officer.*

Issued at __Sacramento, CA__ on __October 7, 2008__ at __10:07 am__ .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal