# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JOSHUA FENDER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:06CR00086-01**

Lexi Negin, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges 1 & 2 as alleged in the violation petition filed on August 21, 2008.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 7/28/2008 |
| 2 | Failure to Participate in Substance Abuse Testing | 8/15/2008 |

The court:  [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on September 14, 2006.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 7, 2008
Date of Imposition of Sentence

*/s/ Lawrence K. Karlton*
Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

October 15, 2008
Date

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall reside and participate in a residential community treatment center, The Effort, Inc. Residential Program, for a period of **90 days**; said placement shall commence on October 7, 2008.

2. The defendant shall be released to the custody of the probation officer, who will transport the defendant to The Effort drug program.